# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0208, <u>Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5 v. Nature School Foundation, Inc. & a.</u>, the court on March 23, 2022, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant, Nature School Foundation, Inc., appeals the order of the Superior Court (<u>Colburn</u>, J.) entering summary judgment for the plaintiff, Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-5 (bank). The defendant argues that the trial court erred in: (1) failing to consider additional facts relating to the summary judgment motion; and (2) finding no genuine issue of material fact precluding summary judgment in the bank's favor.

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**